**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00735-CV

**THE STALEY FAMILY PARTNERSHIP, LTD., Appellant**

**V.**

**DAVID LEE STILES, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03484-2010**

## ORDER

The Court has before it appellant's August 19, 2013 second unopposed motion for extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by September 4, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE